Michael Dunham MURPHY, Appellant,

v.

Michael KEMNA; George Lombardi; Gary B. Kempker; Thomas Clements, Appellees.

No. 06–2376.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 22, 2008.

Filed: Feb. 4, 2008.

Michael Dunham Murphy, Cameron, MO, pro se.

David Allen Johnston, Jefferson City, MO, for Appellees.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Missouri inmate Michael Dunham Murphy appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having conducted de novo review of the record and carefully considered Murphy's arguments, *see Johnson v. Blaukat*, 453 F.3d 1108, 1112 (8th Cir.2006) (standard of review), we find no basis for reversal, *see Brockinton v. City of Sherwood, Ark.*, 503 F.3d 667, 673 (8th Cir.2007) (supervisory liability under

[1]. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

§ 1983). Accordingly, we affirm. *See* 8th Cir. R. 47B. We deny the pending motion.